The defendants' "Cross-Petition for Certification" for appeal from the Appellate Session of the Superior Court is denied by the court.

*John R. Williams,* in support of the petitions.

Submitted February 28—decided March 7, 1978

STATE OF CONNECTICUT *v.* MARY GORMLEY

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Anna M. Durbin,* in support of the petition.

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.

The defendant's "Motion to Dismiss State's Petition for Certification" is denied by the court.

*Anna M. Durbin,* in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted March 2—decided March 7, 1978

STATE OF CONNECTICUT *v.* BRUCE MARTIN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Donald R. Holtman,* in support of the petition.
*Robert E. Beach, Jr.,* in opposition.

Submitted March 3—decided March 7, 1978